Walter Crane v. Henry Gerloff and others; Walter
Crane v. John Sumner and others; Walter Crane
v. James Craig and another; and Walter
Crane v. John E. F. Knochs
and another.

*Res adjudicata.*  The questions involved in these cases are held to have been de-
termined by the prior decisions of this court in *Crane v. Reeder, 28 Mich., 527,*
and *Crane v. Seitz, 30 Mich., 453.*

*Submitted on briefs April 9.   Decided April 13.*

Error to Wayne Circuit.

*Douglass & Bowen, William P. Wells* and *George E. Hand,*
for plaintiff in error.

*D. B. & H. M. Duffield, Henry M. Cheever* and *Theodore
Romeyn,* for defendants in error.

PER CURIAM.

We have examined the records and briefs in these cases,
and find nothing to distinguish them from cases heretofore
decided by us.*

The orders of transfer must be reversed, with costs of
this court, and of the applications for a transfer.

---

* See *Crane v. Reeder, 28 Mich., 527,* and *Crane v. Seitz, 30
Mich., 453.*